United States District Court
Northern District of California

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM JOSEPH FOOTE,

Defendant.

Case No.: CR 06-0075 CW (KAW)

ORDER OF DETENTION PENDING SUPERVISED RELEASE VIOLATION HEARING

On April 30, 2007, Defendant William Joseph Foote was convicted of a violation of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm and ammunition). He was sentenced to 54 months of custody and three years of supervised release.

The Form 12 presently before the Court alleges that Defendant violated the following conditions of his supervised release: not committing another crime; notifying his probation officer within 72 hours of being arrested or questioned by law enforcement, and at least ten days prior to any change in residence; and not associating with persons engaged in criminal activity, or any person convicted of a felony, unless granted permission by his probation officer.

At the July 15, 2013 hearing before this Court, Defendant, who was in custody and represented by attorney Ismail Ramsey, waived his right to proffer information at a detention hearing, while retaining his right to seek release at a later hearing should his circumstances change. Assistant United States Attorney Wade Rhyne appeared on behalf of the United States. Probation officer Kevin Thomas was also present.

The Court hereby detains Defendant, but because he has waived his right to present information under 18 U.S.C. § 3143(a)(1) without prejudice to raising relevant information at a

later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: July 15, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge